___

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: KENNETH DOWNING** | **CASE NO. 21-11026-JDW** |

___

| | |
|---|---|
| **KENNETH DOWNING** | **PLAINTIFF** |
| **V.** | **Adversary Case No.  21-01017 JDW** |
| **RELIANT LOAN SERVICING LLC** | |
| **BY FAY SERVICING. LLC** | |
| **P.O. BOX 619063** | **DEFENDANT** |
| **Dallas TX 75261-9063** | |

___

### ORDER ON MOTION FOR REFUND OF FILING FEE [DKT. NO. 2]
___

THIS CAUSE came on before the Court on Debtor's Motion for Refund of Filing [Dkt. No. 2] due to the Plaintiff being the Debtor in Chapter 13 Bankruptcy Case No. 21-11026.

WHEREFORE, PREMISES CONSIDERED, the Court grants this Order to refund the filing fee paid on behalf of the Debtor and Plaintiff in this case.

ORDERED, ADJUDGED and DECREED that the Motion is granted.

### #END OF ORDER#

\\NASSERVER\JSData\Karen\D\Downing Kenneth 2021\Advesary\order - motion for refund.wpd

PREPARED BY:

KAREN B. SCHNELLER, MSB #6558
WILLIAM F. SCHNELLER, MSB #6559
ATTORNEYS AT LAW
POST OFFICE BOX 417
HOLLY SPRINGS, MS 38635
karen.schneller@gmail.com
wschneller@gmail.com

\\NASSERVER\JSData\Karen\D\Downing Kenneth 2021\Advesary\order - motion for refund.wpd